**Order entered August 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00616-CR
No. 05-19-00617-CR
No. 05-19-00618-CR
No. 05-19-00619-CR
No. 05-19-00620-CR

**GABINO ALBERTO ARBALLO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 219-83311-2018, 219-84196-2018, 219-84197-2018,**
**219-84547-2018 & 219-84548-2018**

## ORDER

The reporter's record was due June 23, 2019. When it was not filed, we notified court reporter Indu Bailey by postcard dated June 26, 2019 and directed her to file the reporter's record by July 26, 2019. To date, the reporter's record has not been filed and we have had no communication from Ms. Bailey.

We **ORDER** the complete reporter's record filed **BY SEPTEMBER 13, 2019**. We caution Ms. Bailey that the failure to file the reporter's record by that date will result in the Court

taking whatever remedies it has available to ensure that the appeal proceeds in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jennifer Edgeworth, Presiding Judge, 219th Judicial District Court; Indu Bailey, official court reporter, 219th Judicial District Court; and to counsel for all parties.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE